Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of THOMAS McCALL for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of VOLNEY McFADDEN for Admission to the Bar. (From the State of Missouri.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of THOMAS P. NEWBOLD for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Applications of ALGERNON I. NOVA, as Attorney for and on Behalf of MORRIS BARLOW DIAMOND and Another, Petitioner, for an Alternative Prohibition Order, v. THE SUPREME COURT OF THE STATE OF NEW YORK and Others, Respondents.— Applications for prohibition order denied. We think the order of the Special Term, transferring the indictment to the Supreme Court, was justified, both by virtue of the power inherent in the Supreme Court under the common law, and by the provisions of subdivision 4 of section 22 of the Code of Criminal Procedure. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of JOHN H. RAY for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of ISRAEL RHODES for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of GOBIN STAIR for Admission to the Bar. (From the State of Colorado.) — Application granted. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANNY SEIGEL and Others, Appellants, v. FRANK MANN, as Commissioner of the Tenement House Department of the City of New York, and Others, Respondents.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANNY SEIGEL and Others, Appellants, v. FRANK MANN, as Commissioner of the Tenement House Department of the City of New York, and Others, Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

BROOKLYN-NEVINS COAL CO., INC., Appellant, v. AVON STEAM LAUNDRY, INC., Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

MILLARD B. KITT, Respondent, v. GLOBE AUTOMATIC SPRINKLER COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARY K. LOGAN, Respondent, Appellant, v. HERBERT J. CALLISTER, Appellant, Impleaded with NEW YORK & LONG ISLAND TRACTION COMPANY, INC., Respond-